ERIC C. KASTNER (SBN 53858)
LUIS V. GARCIA (SBN 154861)
KASTNER | KIM LLP
2465 E. Bayshore Rd., Ste. 405
Palo Alto, CA 94303
Tel.:  (650) 967-7854
Fax:  (650) 320-9640

Attorneys for Plaintiff, Counter defendant
and Counterclaimant SAM MALOUF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM MALOUF, an individual<br><br>            Plaintiff,<br><br>    vs.<br><br>JOHN B. MALOUF, INC., a Texas corporation, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.  C 09-01401 JSW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTER-CLAIMS and [PROPOSED ORDER]** |

It is hereby agreed by the parties, through counsel of record, that Plaintiff SAM MALOUF hereby dismisses his Complaint and Counter-claims against Defendant JOHN B. MALOUF, INC., a Texas corporation, with prejudice. Defendant and Counter-complainant JOHN B. MALOUF, INC., a Texas corporation, hereby dismisses its Counter-claims against counter-defendant SAM MALOUF, with prejudice. Parties are to bear their own attorneys' fees and costs.

DATED: June 9, 2009

KASTNER | KIM LLP

By: _____
Eric C. Kastner
Luis V. Garcia
Attorneys for Plaintiff
SAM MALOUF

DATED: June 10, 2009

LAW OFFICES OF BURTON F. BOLTUCH

By: _____
Burton F. Boltuch, Esq.
Attorneys for Defendant
JOHN B. MALOUF, INC., a Texas corporation

IT IS SO ORDERED:

Dated: June 15, 2009

_____
Honorable Jeffrey S. White
JUDGE OF UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2
STIPULATION OF DISMISSAL WITH PREJUDICE OF COMPLAINT AND COUNTER-CLAIMS and [PROPOSED ORDER]
CASE NO. C 09-01401 JSW